| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin T Simon, SBN-180967<br>SIMON RESNIK HAYES LLP<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Telephone: 818-783-6251<br>Facsimile: 818-783-6253<br>Email: kevin@srhlawfirm.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>MICHAEL DALE MILLER,<br><br><br><br><br>Debtor(s). | CASE NO.: 1:15-bk-12195-MT<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>(with supporting declarations) |
| | DATE: 07/22/2015<br>TIME: 9:30 am<br>COURTROOM: 302 |

**Movant:** MICHAEL DALE MILLER

1. NOTICE IS HEREBY GIVEN to ALL CREDITORS
   (Secured Creditor/Lessor),trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☐ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

3. ☒ a. This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 4001-1.IMPOSE.STAY.MOTION

attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

☐ b. This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least _____ days before the hearing.

  (1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

  (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon appropriate creditor(s) and trustee, if any.

  (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: 07/01/2015

SIMON RESNIK HAYES LLP.
Printed name of law firm (if applicable)

Kevin T. Simon, Esq.
Printed name of individual Movant or attorney for Movant

[signature]

Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 4001-1.IMPOSE.STAY.MOTION

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** MICHAEL DALE MILLER

1. **The Property or Debt at Issue:**
   a. ☒ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☒ Vehicle (*describe year, manufacturer, type, and model*): 2001 Mitsubishi Montero Sport
      Vehicle Identification Number:
      Location of vehicle (*if known*):

      ☐ Equipment (*describe manufacturer, type, and characteristics*):
      Serial number(s):

      Location (*if known*):

      ☐ Other Personal Property (*describe type, identifying information, and location*):

      ☒ Real Property
      Street Address:        9540 Burnet Avenue
      Apt./Suite No.:
      City, State, Zip Code: North Hills, CA 91343
      Legal description or document recording number (include county of recording):

      ☒ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) Bank of America, N.A.
   Attn: Correspondence Unit CA6-919-02-41 PO Box 5170 Simi Valley, CA 93062
   to secure the sum of approximately $ 488,187.00                    now owed. (Secured Creditor/Lessor).
   Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** *as to all creditors*.

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*; and/or

   e. ☒ Movant moves for an order continuing the **automatic stay** *as to all creditors*.

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed concerning the present case on (*specify date*): 06/24/2015

   b. ☐ An Order of Conversion to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*specify date*):

   c. ☐ Plan was confirmed on (*specify date*):

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                            Page 3                                    F 4001-1.IMPOSE.STAY.MOTION

1. **The Property or Debt at Issue:**
   a. ☒ Movant moves for an order imposing a stay with respect to the following property ("this Property" or "the Property") :

   ☒ Real Property
   *Street Address:* 9414 Moonbeam Avenue
   *Apt./Suite No.:* 16
   *City, State, Zip Code:* Panorama City, CA 91402

d. Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

1. Case name: Michael Miller
   Case number: 1:13-bk-15594-MT
   Date filed: 08/26/2013
   Relief from stay re this Property    ☒ was    ☐ was not granted
   Chapter: 13
   Date dismissed: 04/28/2015
   Reason for dismissal: Dismissed for Failure to Provide Plan Payments

2. Case name:
   Case number:
   Date filed:
   Relief from stay re this Property    ☐ was    ☐ was not granted
   Chapter:
   Date dismissed:
   Reason for dismissal:

   ☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. § 521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☐ The first date set for the meeting of creditors under 11 U.S.C. § 341(a) is/was _____ and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C. § 521(a)(2). The extended date (*if applicable*) is _____.

g. ☐ In a previous case(s), as of the date of dismissal there was:
   ☐ an action by the Secured Creditor/Lessor under 11 U.S.C.§ 362(d) still pending or
   ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1. Property description/value: 9540 Burnet Avenue North Hills, CA 91343    $ 885,000.00
   2. Creditor/Lien amount: Bank of America, N.A. - 1st Mortgage    $ 488,187.00
   3. Creditor/Lien amount: _____    $ _____
   4. Creditor/Lien amount: _____    $ _____
   5. Creditor/Lien amount: _____    $ _____
   6. Total Liens    $ 488,187.00
   7. Debtor's Homestead Exemption    $ 100,000.00
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ 296,813.00

b) 1. Property description/value: 9414 Moonbeam Avenue, Unit 16 Panorama City, CA 91402    $ 270,000.00
   2. Creditor/Lien amount: M&T Bank/Bayview Loan- 1st Mortgage    $ 249,811.09
   3. Creditor/Lien amount: Woodman Gardens II HOA - HOA    $ 4,725.00
   4. Creditor/Lien amount: _____    $ _____
   5. Creditor/Lien amount: _____    $ _____
   6. Total Liens    $ 254,536.09
   7. Debtor's Homestead Exemption    $ _____
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ 15,463.91

☒ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 4    F 4001-1.IMPOSE.STAY.MOTION

3. The equity in the property is calculated as follows:

   c.  1. Property description/value: 2001 Mitsubishi Montero Sport   $1,525.00
       2. Creditor/Lien amount: Digital Fed Credit Union – Automobile Loan  $2,856.00
       3. Creditor/Lien amount:   $_____
       4. Creditor/Lien amount:   $_____
       5. Creditor/Lien amount:   $_____
       6. Total Liens   $2,856.00
       7. Debtor's Homestead Exemption   $_____
       8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)  $-1,331.00

4. **Grounds for Continuing The Stay:**

   a. ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

      1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

         A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

         B. ☒ Good faith is shown because Debtor's prior bankruptcy was dismissed for failure to provide plan payments. Debtor is self-employed, and during his prior case his income decreased unexpectedly due to an extended lull in business. Debtor had great difficulty affording his payments. He fell behind, was unable to catch up, and his case was subsequently dismissed.

         ☐ See attached continuation page

      2. ☒ The Property is of consequential value or benefit to the estate because:

         A. ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached (*describe separately as to each property*);

         B. ☒ The Property is necessary to a reorganization for the following reasons: IT IS THE DEBTOR'S PRIMARY RESIDENCE, FORM OF TRANSPORTATION, AND SOURCE OF INCOME.

         ☐ See attached continuation page

         C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection):

         ☐ See attached continuation page

      3. ☒ The presumption of a bad faith filing under 11 U.S.C. § 362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

         A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§ 362(i);
         B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
         C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because:

         ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 5                                    F 4001-1.IMPOSE.STAY.MOTION

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

F. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: After the Debtor's case was dismissed, he realized that in order to make another bankruptcy work, a drastic change must take place. Debtor has since restructured his budget, and is also now renting out his guest house. With this change in circumstance, Debtor is confident he will be able to afford all payments going forward to successfully complete his bankruptcy. From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons:

_____
_____
_____

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§ 362(c)(3)(C)(ii) is overcome in this case because

_____
_____
_____

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C. § 362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 6    F 4001-1.IMPOSE.STAY.MOTION

2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

_____
_____
_____

☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (*describe Movant's proposal for adequate protection*):

_____
_____

☐ See attached continuation page

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

2. ☐ Good faith is shown because:

_____
_____
_____

☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§ 362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:

_____
_____
_____

☐ See attached continuation page

2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____
_____

☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 7                    F 4001-1.IMPOSE.STAY.MOTION

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

_____
_____

(from which the court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons:

_____
_____
_____
_____

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because

_____
_____

☐ See attached continuation page(s)

6. **Evidence in Support of Motion:** (*Important Note: Declaration(s) in support of the Motion MUST be attached hereto.*)

   a. ☒ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
   b. ☐ Other Declaration(s) are also attached in support of this Motion.
   c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____
   d. ☐ Other evidence (*specify*):

7. ☐ An optional Memorandum of Points and Authorities is attached to this Motion.

**WHEREFORE**, Movant prays that this court issue an Order Imposing a Stay and granting the following (*specify forms of relief requested*):

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 8    F 4001-1.IMPOSE.STAY.MOTION

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (specify proposed adequate protection)
_____
_____
_____

8. ☐ For other relief requested, see attached continuation page.

Date: 07/01/2015

Respectfully submitted,

MICHAEL DALE MILLER
Movant name

SIMON RESNIK HAYES LLP.
Firm name of attorney for Movant (if applicable)

/s/ Kevin T. Simon
Signature

Kevin T. Simon, Esq.
Printed name of individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I, Kevin T. Simon , am the Attorney of Movant. I have read the foregoing motion consisting of 12 pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/01/2015 | Kevin T. Simon, Esq. | /s/ |
|---|---|---|
| Date | Printed name of declarant | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## DECLARATION OF MICHAEL DALE MILLER IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE AUTOMATIC STAY

I, MICHAEL DALE MILLER, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1. I am the Debtor in case number 1:15-bk-12195-MT. This case was filed on June 24, 2015.

2. My previous bankruptcy, case number 1:13-bk-15594-MT was dismissed for failure to provide plan payments. I am self-employed as an insurance broker. During my prior case, my business experienced an extended and unexpected lull. During that time, my income dropped substantially. I fell behind on my payments, could not afford to catch up, and my case was subsequently dismissed.

3. After my case was dismissed, I recognized the need for a drastic change if I wished to succeed in reorganizing my debts through another bankruptcy. I chose to restructure my budget completely to be able to save my home. I also now have a tenant in the guest home, providing additional rental income. With this change in circumstance, I thus filed this instant Chapter 13 bankruptcy. I am confident I will be able to make all payments going forward in order to save my home and now look forward to successfully reorganizing my debts through my Chapter 13 bankruptcy.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration is executed this 1st Day of July 2015, at Sherman Oaks, California.


MICHAEL DALE MILLER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Simon Resnik Hayes LLP 15233 Ventura Blvd., Suite 250 Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 07/01/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth F. Rojas        cacb_ecf_sv@ch13wla.com        Malcolm Cisneros        kkhajeh@mclaw.org
United States Trustee     ustpregion16.wh.ecf@usdoj.gov  The Wolf Firm           wdk@wolffirm.com
Kevin T. Simon:           kevin@srhlawfirm.com           McCarthy & Holthus LLP  bknotice@mccarthyholthus.com
Bank of America NA        desiree.johnson@bankofamerica.com, emily.sadowski@bankofamerica.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 07/01/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 07/01/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy - Hon. Maureen Tighe 21041 Burbank Boulevard, Suite 324 / Ctrm 302 Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/01/2015 | Maria Diaz | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 10                              F 4001-1.IMPOSE.STAY.MOTION

## ADDITIONAL SERVICE INFORMATION:

Debtor(s) (Certified Mail)
Michael Dale Miller
9540 Burnet Avenue
North Hills, CA 91343

Chapter 13 Trustee (Certified Mail)
Elizabeth F. Rojas
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403

Office of the United States Trustee (Certified Mail)
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

M&T Bank (Website) (Certified Mail)
P.O. Box 900
Millsboro, DE 19966
Attn: Robert G. Wilmers, CEO

M&T Bank (Website) (Certified Mail)
P.O. Box 1288
Buffalo, NY 14240
Attn: Robert G. Wilmers, CEO

M&T Bank Legal Document Processing (Address for Service of Process) (Certified Mail)
P.O. Box 844
Buffalo, NY 14240

M & T Bank (Statement) (Certified Mail)
Attn: Bankruptcy
1100 Wehrle Dr, 2nd Floor
Williamsville, NY 14221
Attn: Robert G. Wilmers, CEO

Bayview Loan Servicing, LLC (Claim) (Certified Mail)
M&T Bank
1 Fountain Plaza
Buffalo, NY 14203
Attn: Robert G. Wilmers, CEO

Bayview Loan Servicing, LLC
c/o McCarthy & Holthus, LLP (PACER) (Certified Mail)
1770 Fourth Avenue
San Diego, CA 92101
Attn: Merdaud Jafarnia

Attorney for Bayview Loan Servicing, LLC (PACER) (Certified Mail)
Malcolm Cisneros
Attn: Kiana Khajeh
2112 Business Center Drive
Second Floor
Irvine, CA 92612

BAYVIEW LOAN SERVICING LLC (Entity) (Certified Mail)
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES FL 33416
Attn: Richard O'Brien

Agent for Service of Process for BAYVIEW LOAN SERVICING LLC
(Certified Mail)CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA CSC - LAWYERS INCORPORATING SERVICE
2711 CENTERVILLE RD STE 400
WILMINGTON DE 19808

Agent for Service of Process for BAYVIEW LOAN SERVICING LLC (Certified Mail)
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833

Bank of America National Assoc (Statement) (Certified Mail)
400 National Way
Simi Valley, CA 93065
Attn: Mr. Brian Moynihan, CEO

Bank of America, N.A. (Statement) (Certified Mail)
Attn: Correspondence Unit
CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062
Attn: Mr. Brian Moynihan, CEO

Attorney for Bank of America, N.A.
The Wolf Firm, A Law Corporation (PACER) (Certified Mail)
Attn: Mark T. Domeyer
Attn: Joely Khanh Linh Bui
2955 Main Street, Second Floor
Irvine, CA 92614

Bank of America (PACER) (Certified Mail)
2380 Performance Dr Bldg C
Richardson, TX 75082
Attn: Desiree Johnson
Attn: Emily J Sadowski

Bank of America, N.A. (Claim) (Certified Mail)
400 National Way
Mail Stop CA6-919-01-23
Simi Valley, CA 93065
Attn: Mr. Brian Moynihan, CEO

Bank of America, N.A. (FDIC) (Certified Mail)
Attn: Mr. Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28202

Bank of America, N.A. (Entity) (Certified Mail)
Attn: Mr. Brian Moynihan, CEO
150 N. College Street
NC1-028-17-06
Charlotte, NC 28255

Agent for Service of Process for Bank of America, N.A. (Certified Mail)
CT Corporation System
818 West Seventh Street, Ste. 930
Los Angeles, CA 90017

Woodman Gardens II HOA (Statement) (Certified Mail)
9414 Moonbeam Ave
Panorama City, CA 91402
Attn: Jordan Heiger, President

Woodman Gardens II HOMEOWNERS ASSOCIATION (Entity) (Certified Mail)
9414 MOONBEAM AVE #20
PANORAMA CITY CA 91402
Attn: Jordan Heiger, President

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Agent for Service of Process for Woodman Gardens II HOA (Certified Mail)
WALTER BERTEN
9414 MOONBEAM AVE #9
PANORAMA CITY CA 91402

Digital Federal Credit Union (Claim & Statement) (Certified Mail)
220 Donald Lynch Blvd
Marlborough, MA 01752
Attn: James Regan, CEO

Digital Federal Credit Union (Website) (Certified Mail)
220 Donald Lynch Boulevard
PO Box 9130
Marlborough, MA 01752-9130
Attn: James Regan, CEO

Aurora Loan Services
Attn: Bankruptcy Department
2617 College Park
Scottsbluff, NE 69361-2294

CFS II Inc
2448 E 81st St, Ste 500
Tulsa, OK 74137

Chase
PO Box 15298
Wilmington, DE 19850

Collection Consultants
6100 San Fernando Rd, Ste 211
Glendale, CA 91201

Equiant Financial Svcs
5401 N Pima Rd, Ste 150
Scottsdale, AZ 85250

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital System
PO Box 7999
Saint Cloud, MN 56302-9617

Meridian Financial Svc
21 Overland Industrial B
Asheville, NC 28806

Northland Group Inc.
PO BOX 390905
Minneapolis, MN 55439

Tate & Kirlin Assoc
2810 Southampton Rd
Philadelphia, PA 19154

Trustee Corps
17100 Gillette Avenue
TS# CA09004636-11-1
Irvine, CA 92614

Union Adjustment Co
3214 W Burbank Blvd
Burbank, CA 91505

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            **F 9013-3.1.PROOF.SERVICE**