Alan Steven Wolf – Bar No. 94665
Caren Jacobs Castle – Bar No. 93888
Daniel K. Fujimoto – Bar No. 158575
Mark T. Domeyer – Bar No. 135008
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant, BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Michael Dale Miller<br><br>Debtor. | CASE NO: 15-12195<br><br>CHAPTER: 13<br><br>**NOTICE OF ERRATA**<br><br>Date:      July 22, 2015<br>Time:     9:30 a.m.<br>Courtroom:  302<br><br>U.S. Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA  91367-6603 |
|---|---|

TO THE HONORABLE MAUREEN A. TIGHE, DEBTOR, DEBTOR'S COUNSEL OF RECORD AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Opposition to Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay ("Opposition") filed on July 17, 2015, as Docket No. 16, was inadvertently filed with the following errors:

1. On line 2 of page 2 of the Opposition in the "STATEMENT OF FACTS" section it states executed a promissory note on September 29, 2007. This information is inaccurate as Debtor executed their promissory note on September 18, 2007.

    2.    On line 13 of page 2 of the Opposition in the "STATEMENT OF FACTS" section it states Debtors' prior bankruptcy case, case number 1:12-bk-12762-VK, was dismissed on July 18, 2013, when the case was actually dismissed on July 17, 2013.

    3.    On lines 19 and 20 of page 2 of the Opposition in the "STATEMENT OF FACTS" section it states Debtor's Chapter 13 Plan in their prior bankruptcy case, case number 1:13-bk-15594-MT, was confirmed on September 8, 2014. This information is inaccurate as Debtor's Chapter 13 Plan was confirmed on September 5, 2014.

    4.    On line 3 of page 3 of the Opposition in the "STATEMENT OF FACTS" section it states the estimated arrears are $124,679.33. This information is inaccurate as the current estimated pre-petition arrears are $125,679.33.

Date: July 21, 2015

Respectfully submitted,

THE WOLF FIRM,
A Professional Law Corporation

By: /s/ Daniel K. Fujimoto
Daniel K. Fujimoto
Attorneys for Creditor
BANK OF AMERICA, N.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2955 Main Street, 2nd Floor, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___7/21/2015____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*Debtor's Counsel: Kevin T. Simon, Simon Resnik Hayes LLP, kevin@srhlawfirm.com, KTSimon@Speakeasy.net*
*U.S. Trustee: Office of the U.S. Trustee - Los Angeles, ustpregion16.la.ecf@usdoj.gov*
*Chapter 13 Trustee: Elizabeth F. Rojas, cacb_ecf@ch13wla.com*

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ____7/21/2015___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor: Michael Dale Miller, 9540 Burnet Avenue, North Hills, CA 91343  (U.S. Mail)*
*Honorable Maureen A. Tighe, 21041 Burbank Boulevard, Suite 324, Woodland Hills, CA 91367 (U.S. Mail)*

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/21/2015 | Jeremy Romero | /s/Jeremy Romero |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

507-9780

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**