| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kevin T Simon, SBN-180967<br>**SIMON RESNIK HAYES LLP**<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Telephone: 818-783-6251<br>Facsimile: 818-783-6253<br>Email: kevin@srhlawfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 30 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Cetulio    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>MICHAEL DALE MILLER,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:15-bk-12195-MT<br><br>CHAPTER: 13<br><br>**ORDER ON MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY**<br><br>DATE:          July 22, 2015<br>TIME:          9:30 a.m.<br>COURTROOM: 302<br>PLACE:        21041 Burbank Boulevard<br>              Courtroom 302<br>              Woodland Hills, CA 91367 |
|---|---|

**Movant** *(name)*: MICHAEL DALE MILLER

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following personal property (Property):

   ☒ Vehicle *(describe year, manufacturer, type and model)*:    2001 Mitsubishi Montero Sport

       *Vehicle identification number:*

       *Location of vehicle (if known):*

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:

       *Serial numbers(s):*

       *Location (if known):*

   ☐ Other personal property *(describe type, identifying information, and location)*:

   ☒ Real property:

       *Street Address:*       9540 Burnet Avenue
       *Unit Number:*
       *City, State, Zip Code:* North Hills, CA 91343

   Legal description or document recording number *(including county of recording)*:

   ☒ See attached Exhibit 1.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                              **F 4001-1.IMPOSE.STAY.ORDER**

☒ Real property:

    *Street Address:*    9414 Moonbeam Avenue
    *Unit Number:*    16
    *City, State, Zip Code:*  Panorama City, CA 91402

Legal description or document recording number (*including county of recording*):

☒ See attached Exhibit 2.

3. The Motion is DENIED on the grounds that:

   a.  ☐ The present case was filed in good faith.

   b.  ☐ The Property is of consequential value or benefit to the estate.

   c.  ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has NOT been overcome as to all creditors.

   d.  ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is <u>in effect through July 24, 2015 only</u>.

   a.  ☐ Imposed *as to all creditors* until further order of the court.

   b.  ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   c.  ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

   d.  ☐ Continued *as to all creditors* until further order of the court.

   e.  ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   f.  ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

###

Date: July 30, 2015

                                     */s/ Maureen A. Tighe*
                                     Maureen A. Tighe
                                     United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 2      F 4001-1.IMPOSE.STAY.ORDER

# EXHIBIT 1

The land referred to herein is situated in the, County of Los Angeles, State of California and is described as follows:

Lot 39 of Tract No 11395, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 204, Page(s) 34 of Maps, in the office of the County Recorder of said County.

Assessors Parcel No.: 2656-008-009

# EXHIBIT 2

PARCEL 1:

UNIT 16 AS SHOWN ON THAT CERTAIN CONDOMINIUM PLAN RECORDED OCTOBER 9, 1981 AS INSTRUMENT NO. 81-1005397, IN THE OFFICIAL RECORDS, OF LOS ANGELES COUNTY, CALIFORNIA (HEREINAFTER REFERRED TO AS THE "CONDOMINIUM PLAN"), AND AS DEFINED IN THE DECLARATION OF RESTRICTIONS RECORDED ON JULY 29, 1981 AS INSTRUMENT NO. 81-754592, IN THE OFFICIAL RECORDS OF SAID COUNTY (HEREINAFTER TO AS THE "DECLARATION"), AND LOCATED ON THAT CERTAIN REAL PROPERTY LOCATED IN THAT AREA OF THE CITY AND COUNTY OF LOS ANGELES COMMONLY REFERRED TO AS PANORAMA CITY, STATE OF CALIFORNIA, MORE PARTICULARLY DESCRIBED AS LOT 1 OF TRACT 39567, AS SHOWN ON MAP RECORDED IN BOOK 972 PAGES 73 AND 74 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

A ONE-NINETEENTH (1/19TH) UNDIVIDED INTEREST IN AND TO ALL OF THE REAL PROPERTY LOCATED IN THAT AREA OF THE CITY AND COUNTY OF LOS ANGELES, COMMONLY REFERRED TO AS PANORAMA CITY AREA, STATE OF CALIFORNIA, MORE PARTICULARLY DESCRIBED AS LOT 1 OF THE AFORESAID TRACT 39567, TOGETHER WITH ALL IMPROVEMENTS THEREON (EXCEPTING THEREFROM UNITS 1 THROUGH 19 INCLUSIVE AS SHOWN IN THE CONDOMINIUM PLAN).

EXCEPT THEREFROM, ONE HALF OF THE EXCLUSIVE RIGHTS TO AND OWNERSHIP OF ALL GEOTHERMAL RESOURCES, MINERALS, ORES, PRECIOUS AND USEFUL METALS, SUBSTANCES, AND HYDROCARBONS OF EVERY KIND AND CHARACTER, INCLUDING PETROLEUM, OIL, GAS, ASPHALTUM AND TAR, BUT MAY NOW OR HEREAFTER BE FOUND, LOCATED, CONTAINED DEVELOPED OR TAKEN ON, IN, UNDER OR FROM SAID LAND, OR ANY PART THEREOF, WITHOUT HOWEVER, ANY RIGHT OF SURFACE ENTRY OR ANY RIGHT OF ENTRY TO THE SUBSURFACE THEREOF TO A DEPTH OF 500 FEET BENEATH THE SURFACE OF SAID PROPERTY FOR THE DEVELOPMENT, REMOVAL OR OTHER EXPLOITATION OF SAID RESOURCES AND SUBSTANCES, AS RESERVED BY DEED RECORDED APRIL 9, 1982 AS INSTRUMENT NO. 82-370349, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM, ONE-HALF OF THE EXCLUSIVE RIGHTS TO AND OWNERSHIP ALL GEOTHERMAL RESOURCES, MINERALS, ORES, PRECIOUS AND USEFUL METALS, SUBSTANCES AND HYDROCARBON OF EVERY KIND AND CHARACTER, INCLUDING PETROLEUM, OIL, GAS, ASPHALTUM AND TAR, THAT MAY NOW OR HEREAFTER BE FOUND, LOCATED, CONTAINED, DEVELOP FOR TAKEN ON, IN, UNDER OR FROM SAID LAND, OR ANY PART THEREOF WITHOUT, HOWEVER, ANY RIGHT OF SURFACE ENTRY OR ANY RIGHT OF ENTRY TO THE SUBSURFACE THEREOF TO A DEPTH OF 500 FEET BENEATH THE SURFACE OF SAID " PROPERTY FOR THE DEVELOPMENT, REMOVAL OR OTHER EXPLOITATION OF SAID RESOURCES AND SUBSTANCES, AS GRANTED IN DEED RECORDED MARCH 19, 1982 AS INSTRUMENT NO. 82-297522, OFFICIAL RECORDS.